# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1231
LT Case No. 16-2021-CF-006583-A

_____

TYRONE L. FRAZIER, Jr.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Tyrone L. Frazier, Jr., Perry, pro se.

No Appearance for Appellee.

June 9, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____